United States District Court
Southern District of Texas
FILED

JAN 28 2000

Michael N. Milby, Clerk

C-00-040

SIR Judge AND MA'AM                                      1-12-200

I AM Writing You this letter to find out if You could Please Assist Me in this Matter Sir And Ma'am All of My Property was Stolen from Officer Garcia on-12-16-1999 After 11:00 AM When I come And Change. I Reported this Matter to the Shift Supirviser And nothing was never done About My Property I have file A couple of Grievances And Wrote a couple of I-60 To the Warden About My Property being Stol And Still no Investigation was ever done no body has Tryed to find My Property or do Anything for Me that is why I AM writing You this letter Sir And Ma'am to See if You Can have this Matter Investigated by Some one over here this is A List of the Property Officer Garcia Stoled from Me.

(2) hAMPoo           $ 2.80
(1) Tennis Shoe Jordan 150.00
(4) SPeed Stick       8.00
(5) Tooth Pastes     10.00
(1) Cream            00.85
(1) Powder           00.85
(1) Hair brush        1.10
(2) MAGAZines       10.00    $199.20
(2) pair T shirt     16.00
                    $199.20 TOTAL

COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _Houston_ DISTRICT OF TEXAS
## _Federal_ DIVISION

__Jean Salomon #789453__
Plaintiff's name and ID Number

__Garza West Unit__
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v.

__Officer Garcia__
Defendant's name and address

__Officer Garcia__
Defendant's name and address

__Officer Garcia__
Defendant's name and address
( DO NOT USE "ET AL.")

---

I. **PREVIOUS LAWSUITS:**

  A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   __ YES  ✓ NO

  B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

  1. Approximate date of filing lawsuit: __1-12-00__
  2. Parties to previous lawsuit:
     Plaintiff(s) __Salomon Jean # 789453__
     Defendant(s) __Officer Garcia__
  3. Court (If federal, name the district; if state, name the county) __Houston__
  4. Docket Number: __Room 5300__
  5. Name of judge to whom case was assigned: __Any Judge__
  6. Disposition: (Was the case dismissed, appealed, still pending?)
     _____
  7. Approximate date of disposition: __Any__

ATC1983 (Rev.04/98)                    2

II. PLACE OF PRESENT CONFINEMENT: Garzza West Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Jean Salomon #789453
HC02 Box 995 Beeville, Tx. 78102

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Officer Garcia, Law Library Refuse give full name Officer Garcia. He work property Rc

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Officer Garcia is Black Mexican

Defendant #2 _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ATC1983 (Rev.04/98)                          3

_____
_____
_____
_____
_____
_____
_____
_____

**VI. RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_Please, I want court give All My property back_

**VII. BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases: _Officers Garcia_

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
_NO_

**VIII. SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ✓ YES   ___ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _NO_
   2. Case Number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?   ___ YES   ✓ NO

C. Has any court ever warned or notified you that sanctions could be imposed?   ___ YES   ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

ATC1983 (Rev.04/98)                4

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case Number: _____
3. Approximate date warnings were imposed: _____

Executed on: 1-12-00
                    (DATE)

_____
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ___12___ day of ___1___ ___2000___.
              (Day)              (month)    (year)

_____
(Signature of plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

# Texas Department of Criminal Justice
## Institutional Division

# Inter-Office Communications

**To:** Jean Solomon #789453

**From:** M. A. Diaz, Assistant Warden
Garza West Unit

**Date:** January 10, 2000

**Subject:** Response

I am in receipt of your I-60 concerning property.

I have reviewed the available information and wish to inform you that the hygiene items were confiscated and destroyed per policy.

Cc:   Inmate Records



# Texas Department of Criminal Justice

## STEP 2 / PASO 2

### OFFENDER GRIEVANCE FORM
Forma Para Quejas de los Preso

Offender Name: **Salomon Jean**   TDCJ # **789453**
Unit: **Garza West**   Housing Assignment: **E4-31**
Unit where incident occurred: **Garza West**

**OFFICE USE ONLY** / Para Uso De La Oficiana Solamente
Grievance #: _____
UGI Rec'd Date: _____
HQ Rec'd Date: _____
Date Due: _____
Grievance Code: _____
Investigator Number: _____
☐ EM  ☐ UOF  ☐ MED
☐ ADA  ☐ REL  ☐ SSI

**Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...**

Dear SIR Grievance

Please, I wrote you Step 2 Two times you never give me answer. I let Yo Know That, I Loss All My property, I been 3 years Locked I never Loss Nothing.
I'm and bench one I can have all hygiene Tennis Shoe And hair brucsh T-Shirt. officer Garsia Steal brand new property. And 1997 and date 6-30-97 I'm come from Harris county go to Garza West Unit officer's tell me I can have Michael Jorden tennis Shoes he steal My tennis Shoes Michael Jorden. I Loss, I put I-60 nobody never tell me Noting About My tennisShoes Michael Jorden.
And date 12-16-99 I come from Search one officer Garsia steal all My property, he tell me I can having My property. I wrote Warden Lopez make interview with hem, he tell Miss Tery give My property back Miss Tery never give My property back. I Loss About $200 And Garza West Uni.
Please, I want you give My property back
THANK YOU VERY MUCH
God Bless You

I-128 Front (9/1/1999)   **PLEASE SIGN ON BACK**   (OVER)

Dear SIR

Please, I want you give me my property back

THANK you very much

God Bless You

Offender Signature: _____  Date: 1-7-00

**Appellate Decision and Reason:**

☐ The Step 1 answer has addressed your complaint. No action will be taken.

☐ You have not provided a good reason for your appeal or for this office to review your claims further. No action will be taken.

☐ The issue you raise has been resolved or is pending resolution and no further action is warranted.

☐ The issues you present have already been reviewed. No further appeals of the same issues will be addressed. No action will be taken by this office.

Signature Authority: _____  Date: _____

**Returned Because:**

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible*

☒ 3. Originals not submitted*

☐ 4. Inappropriate/Excessive attachments*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 6. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

*You may resubmit this issue once corrections are made.   Grievance Staff: _____

I-128 Back (9/1/1999)

SUBJECT: State briefly the problem on which you desire assistance.

Dear SIR WARDEN PEREZ

Please I Like too make interview with You (*) VERY VERY important

THANK YOU VERY MUCH

God Bless You

Name: SAlomon Jean    No: 789453    Unit: GARZA WEST
Living Quarters: E H-31    Work Assignment: None

DISPOSITION: (Inmate will not write in this space)

Warden Perez,
This offender had some property picked up from him when he arrived here. I have Ms. Terry reviewing the material and returning some!

M Frink
12/23/99

I-60 (Rev. 11-90)

**SUBJECT:** State briefly the problem on which you desire assistance.

I NEED A COPY OF STEP 2 GRIEVANCE I FILED IN DEC, 1999

Name: Salomon Jean    No: 789453    Unit: GARZA West
Living Quarters: E4-31    Work Assignment: Hoe Squad 1

**DISPOSITION:** (Inmate will not write in this space)

JAN 1 0 2000

This office has no record of you filing a Step II in December of 1999.

I-60 (Rev. 11-90)                                    J0271