IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

United States District Court
Southern District of Texas
FILED
JAN 28 2000
Michael N. Milby, Clerk

Jean Salomon #789453
**Plaintiff's name and ID Number**

Garza West Unit
**Place of Confinement**

-v-

Officer Garcia
**Defendant's name and address**

C-00-040

CASE NO. _____
(Clerk will assign the number)

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Jean Salomon, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I s because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment         Yes☐ No☑
    b. Rent payments, interest or dividends?                Yes☐ No☑
    c. Pensions, annuities or life insurance payments?      Yes☐ No☑
    d. Gifts or inheritances?                               Yes☐ No☑
    e. Family or friends?                                   Yes☑ No☐
    f. Any other sources?                                   Yes☐ No☑

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    About a year and half ago I received $80.00 from my wife Katiana Salomon and nothing since then.

2.  Do you own cash, or do you have money in a checking or savings account, including any funds prison accounts?
    Yes☐       No☑
    If you answered YES, state the total value of the items owned.

    _____
    _____

1 of 2