```
NAME: SOLOMON, JEAN JUDDY              BEGINNING PERIOD: 08/11/99        CA-C-00-40
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         80.03  TOT HOLD AMT:      0.00  6MTH TOT DEP:      110.00
6MTH DEP:           142.93  6MTH AVG BAL:      0.00  6MTH AVG DEP:       13.83
MONTH  HIGHEST BALANCE  TOTAL DEPOSITS    MONTH  HIGHEST BALANCE  TOTAL DEPOSITS
01/00       110.00         110.00         10/99        0.00            0.00
12/99         2.00           0.00         09/99        0.00            0.00
11/99         0.00           0.00         08/99        0.00            0.00
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

United States District Court
Southern District of Texas
FILED

FEB 10 2000

MICHAEL N. MILBY CLERK

MARY J. CASELLA
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 03-15-2003

STATE OF TEXAS COUNTY OF **Bee**
ON THIS THE **5th** DAY OF **February 2000** I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

7.