

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Wayne Scott
Executive Director

Carl Reynolds
General Counsel

---

TDCJ – Office of the General Counsel
Bryan Wilson, Program Director

**SENT VIA FACSIMILE**

*CONFIDENTIAL INFORMATION
FOR COURT USE ONLY*

March 15, 2000

**Michael Milby, District Clerk**
United States District Court, Southern District of Texas
515 Rusk Ave.
Houston, Texas 77002

United States District Court
Southern District of Texas
FILED

MAR 15 2000

MICHAEL N. MILBY CLERK

RE: Notice of Plaintiff's Authorization for Initial Partial Filing Fee (IPFF)

Dear Mr. Milby:

This letter is to inform the court that the following inmate(s) have authorized the Texas Department of Criminal Justice (TDCJ) to withdraw funds from their trust accounts to be held in escrow and in accordance with the provisions agreed upon pursuant to 28 U.S.C. §1915, as amended by the Prisoner Litigation Reform Act of 1995.

| NAME | TDCJ # | CA# | AMOUNT | DATE Auth. | FUNDS AVAIL. |
|---|---|---|---|---|---|
| Salomon, Jean | 789453 | C-00-40 | $150.00 | 3/14/2000 | No |

**_*Please include offender's TDCJ number on all court documents*_**

Should you need additional information please do not hesitate to contact my office.

Sincerely,

Annette Alvary for
Bryan Wilson

cc: file(s)

P.O. Box 13084, Capitol Station, Austin, Texas 78711   (512) 463-9693   Fax: (512) 936-2159   www.tdcj.state.tx.us

13.

** TOTAL PAGE 01 **