FEBRUARY 27, 2000

Dear SIR CLERK

I would like to Lat you know. I Change Address. My new Address is. Jean Salomon #789453
Michael Unit
P-O-Box H500
Tennessee Colony, TX 75886

Thank you

*[Stamp: CLERK, U.S. DISTRICT COURT RECEIVED MAR 17 2000 SOUTHERN DIST. OF TEXAS CORPUS CHRISTI, TEXAS]*

United States District Court
Southern District of Texas
FILED

MAR 17 2000

MICHAEL N. MILBY CLERK

14.