**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUN 20 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JEAN SALOMON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-40 |
| | § | |
| OFFICER GARCIA, | § | |
| | § | |
| Defendant. | § | |

15.

## ORDER DISMISSING PLAINTIFF'S SUIT AS FRIVOLOUS AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

On February 28, 2000, the Magistrate Judge filed her Memorandum and Recommendation that Plaintiff's complaint be dismissed for frivolity and for failure to state a claim upon which relief can be granted. To date and with ample opportunity, Plaintiff has not objected to the Memorandum and Recommendation. This Court regards such omission as Plaintiff's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed de novo the pleadings on file, this Court finds no plain error in the Magistrate Judge's Memorandum and Recommendation. The Texas Department of Criminal Justice – Institutional Division provided an adequate post-deprivation remedy through its grievance process. The State through its representative indicated that the property was destroyed as per policy. This Court adopts as its own the findings and conclusion of the Magistrate Judge. Accordingly, Plaintiff's complaint is dismissed.

ORDERED this _19_ day of _____, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE