IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JEAN SALOMON, | § |
| Plaintiff, | § § § |
| v. | §   CIVIL ACTION NO. C-00-40 |
| OFFICER GARCIA, | § § |
| Defendant. | § § |

## FINAL JUDGMENT

Judgment is entered in favor of Defendant that Plaintiff take nothing.

ORDERED this _19_ day of _June_, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE